# UNITED STATES DISTRICT COURT
для the
District of Nebraska

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 8:21MJ600 |
| SHERI GRIEGO and | ) |
| DANIEL GUTIREZ | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   December 1, 2021   in the county of   Douglas   in the
District of   Nebraska  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1) | Did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. |
| 18 U.S.C. § 924(c)(1)(A) | Did knowingly use and carry a firearm, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA THANE B. PALMER, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 12/3/2021

_____
*Judge's signature*

City and state:   Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

AFFIDAVIT OF SPECIAL AGENT THANE B. PALMER, FBI

IN RE: CRIMINAL COMPLAINT for **Sheri GRIEGO, DOB: 02/02/1981 and Daniel Gutirez, DOB 12/29/1979**

I, the undersigned, being duly sworn do hereby depose and say the following:

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been a Special Agent with the Federal Bureau of Investigation (hereinafter "FBI") since January of 2020. I attended New Agent training at the FBI Academy in Quantico, Virginia. I am currently assigned to the FBI TOC-W Task Force in Omaha, NE, charged with investigating organized criminal enterprises involved in large-scale smuggling, distribution, and sale of illegal drugs. I have participated in controlled substance investigations of alleged criminal violations of the Controlled Substances Act laws. I have participated in investigations involving the purchase of controlled substances from suspected narcotics traffickers using both undercover operatives and confidential sources. I have participated in investigations involving the wire interception of conversations pursuant to Title III. I have participated in the execution of

search warrants for controlled substances, the proceeds, and documentary evidence of drug trafficking. I have conducted surveillance in connection with drug investigations. Through the course of these investigations, I have personally interviewed confidential sources and persons arrested for the distribution of illegal drugs. My training and experience as a Special Agent, my participation in the investigation of drug trafficking organizations, my conversations with known drug traffickers, and my conversations with other law enforcement officials familiar with drug trafficking and money laundering, form the basis of my opinions and conclusions set forth below which I drew from the facts set forth herein. I am familiar with drug traffickers' methods of operation including the distribution, storage, and transportation of controlled substances and the collection of monetary proceeds of drug trafficking and methods of money laundering used to conceal the nature of the proceeds. I have conducted investigations regarding the unlawful importation, possession, and distribution of controlled substances, as well as related money laundering statutes involving the proceeds of specified unlawful activities and conspiracies associated with controlled substances, in violation of Title 21, United States Code, §§ 846 and 841(a)(1).

2. Based on my experience in conducting criminal investigations of violations of the Controlled Substances Act, I know drug trafficking organizations have developed a number of methods to insulate their illegal activities from

detection by law enforcement. These methods are common to major drug trafficking organizations to varying degrees of sophistication.

3. Finally, I also know drug traffickers routinely utilize fictitious names, or other individuals, in which to register pagers, telephones, vehicles, real property, and utility services in order to avoid detection by law enforcement.

4. I make this affidavit, in part, based on personal knowledge derived from my participation in this investigation, and, in part, based upon information from the following sources:

   a. Oral and written reports about this investigation and others I have received from other Special Agents and other law enforcement officers, agents and agencies in the United States;

   b. Physical surveillance conducted by federal agents or local law enforcement agents, which observations have been reported to me either directly or indirectly;

   c. A review of statements of cooperating sources of information.

**UNDERLYING FACTS AND CIRCUMSTANCES**

5. On approximately October 25, 2021, a reliable FBI confidential human source (CHS) provided information that Jessica Hernandez, DOB 08/22/1988, and José Antonio Arévalo Villalobos AKA Tony, DOB 12/18/1983, were receiving large amounts of Methamphetamine from out of state, and distributing the drugs in the Omaha and Council Bluffs area.

6. On November 29, 2021, the CHS met with law enforcement and advised two individuals recently arrived in the Omaha area from Colorado to receive

payment for a drug debt. The individuals from Colorado were described as a possible Hispanic female known only as "Sherry" and a Hispanic male who was supposed to be Sherry's "muscle". The two were allegedly staying in motels near Council Bluffs casinos. When asked who was supposed to give the out-of-town couple money, the CHS advised Jessica Hernandez and "Tony".

7. The CHS also stated that Tony had been seen with a 22 caliber rifle and was allegedly driving a maroon Dodge Magnum. The CHS advised that Jessica and Tony owed Sherry and the unidentified Hispanic male approximately thirty thousand dollars. Due to a prior conversation with Tony and Jessica, the CHS believed Sherry and the unidentified Hispanic male may have brought approximately five pounds of methamphetamine with them to Omaha/Council Bluffs from Colorado.

8. On December 1, 2021, Officers with the Omaha Police Department (OPD) conducted a traffic stop for a moving violation on a silver 2021 Chevrolet Malibu, bearing Colorado license plate BHPQ18, at N 8th St and Browne Street, Omaha, NE. Upon contact, Officers observed Sheri Griego (GRIEGO), DOB 02/02/1981, as the driver and Daniel Gutirez (GUTIREZ), DOB 12/29/2021, as the front passenger. Officers learned the vehicle was a rental and GRIEGO provided a rental agreement that indicated the rental date began on November 10, 2021. Officers observed GUTIREZ was visibly nervous and appeared to be under the influence of narcotics. Officers completed a data check

4

on both GUTIREZ and GRIEGO and learned that GUTIREZ was a previously violent felon and was currently on probation for a felony charge. Officers contacted GUTIREZ and asked him to exit the vehicle which he did. While conversing with GUTIREZ, officers asked him if he possessed any weapons. GUTIREZ responded that he had a knife in his pocket. Officers observed GUTIREZ to become even more nervous at which point he was asked about other weapons which he admitted to having a gun being in his waistband. GUTIREZ was immediately detained, and a loaded semi-auto handgun was uncovered from his front waistline. Inside GUTIREZ's front left pocket officers located a meth pipe and bag containing 8 grams of mostly crushed oxycodone. Officers located a $20 bill folded up which contained approximately 2 grams of suspected methamphetamine. A search of the vehicle uncovered a Ruger 10-22 rifle which was run through Data Review. A check of the serial number reveled that the rifle was stolen out of Littleton, Colorado. In total, the search uncovered dealer amounts of methamphetamine, approximately 3 oz, cocaine and four different types of controlled prescription medications. Both GUTIREZ and GRIEGO were booked into Douglas County Corrections (DCC) on numerous felony drug and weapons charges.

9. Shortly after being booked into DCC, FBI SA Thane Palmer and OPD officer Jacob Chong interviewed GRIEGO. GRIEGO informed officers that the rental vehicle that she had been stopped in was in her name. GRIEGO advised that she and GUTIREZ had been in Omaha for several days and were staying at

room #125 of the Sleep Inn Hotel in Omaha. GRIEGO told officers that while at the hotel GUTIREZ had met with a Hispanic male named "Tony" and that she had received a call on her cell phone from a "Jessica" who was looking for Tony. Jessica had gotten her number from GUTIREZ. GRIEGO denied knowledge of the guns and drugs in her vehicle.

10. On December 1, 2021, OPD Narcotics conducted a local search warrant on room #125 of the Sleep Inn & Suites hotel located at 2525 Abbott Drive, Omaha, NE. Officers found, what in their training and experience, appeared to be a drug leger. The leger seemed to indicate that approximately $40,000.00 had been received. Surveillance footage from the hotel also showed GRIEGO meeting with a male that matched the description of José Antonio Arévalo Villalobos.

_____
THANE B. PALMER, Special Agent
Federal Bureau of Investigation

Sworn to before me by reliable electronic means:

Date: 12/03/2021

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge