IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 DEC 14 PM 5: 14
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERI ANN GRIEGO and<br>DANIEL M. GUTIREZ,<br><br>Defendants. | 8:21CR 306<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1)<br>18 U.S.C. § 924(c)(1)(A) |

The Grand Jury charges that:

## COUNT I

On or about December 1, 2021, in the District of Nebraska, Defendants SHERI ANN GRIEGO and DANIEL M. GUTIREZ did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

Before SHERI ANN GRIEGO committed the offense charged in this Count, she had a final conviction for a serious drug felony, namely, a conviction under Weld County Sheriff's Department; Greeley, CO; Case no.:2011CR372, for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT II

On or about December 1, 2021, in the District of Nebraska, Defendant SHERI ANN GRIEGO did knowingly use and carry a firearm, to wit: River Model 10-22 rifle, during and in

1

relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT III

On or about December 1, 2021, in the District of Nebraska, Defendant DANIEL M. GUTIREZ did knowingly use and carry a firearm, to wit: Girsan semi-auto MC28SA 9 mm pistol, serial number T636820A013267, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

THOMAS J. KANGIOR
Assistant United States Attorney