IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>SHERI ANN GRIEGO et. al.,<br><br>           Defendant. | 8:21CR306<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to the defendant in the above-captioned case.

DATED this 27th day of December, 2021.

                                                UNITED STATES OF AMERICA
                                                Plaintiff

                                                JAN W. SHARP
                                                Acting United States Attorney
                                                District of Nebraska

                                                *s/Thomas J. Kangior*
                          By:    THOMAS J. KANGIOR #21496
                                                Assistant U.S. Attorney
                                                1620 Dodge Street, #1400
                                                Omaha, Nebraska 68102-1506
                                                (402) 661-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on December 27, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to attorney of record.

      s/Thomas J. Kangior
THOMAS J. KANGIOR
Assistant United States Attorney