IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:21CR306 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **CONTINUE PRETRIAL MOTIONS** |
| | ) | **DEADLINE** |
| SHERI ANN GRIEGO, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Sheri Ann Griego, by undersigned counsel, hereby moves this Court for an Order continuing the pretrial motions deadline for 30 days. In furtherance of said motion, and as good cause for the granting of the same, Defendant states as follows:

1. The progression order established January 10, 2022 as the deadline for filing pretrial motions.

2. Defense counsel needs additional time to review discovery, investigate the case and confer with the Defendant before deciding whether to file pretrial motions.

3. Defense counsel has communicated with Thomas J. Kangior, the Assistant United States Attorney assigned to this case, and he has no objection to Defendant's request for a continuance.

4. Counsel has informed the Defendant of her right to a speedy trial in this case. Understanding that right, the Defendant agrees that this motion is in her best interests and waives any right to a speedy trial during the pendency of this motion.

WHEREFORE, based upon the above showing, which Defendant asserts is good cause for said continuance, Defendant respectfully requests that this Court continue the pretrial motions deadline for 30 days.

SHERI ANN GRIEGO, Defendant,

By:   s/ Karen M. Shanahan
     **KAREN M. SHANAHAN**
     **Assistant Federal Public Defender**
     222 South 15th Street, Suite 300N
     Omaha, NE 68102
     (402) 221-7896
     fax: (402) 221-7884
     email: karen_shanahan@fd.org