IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SHERRI ANN GRIEGO,<br><br>               Defendant. | 8:21CR306<br><br>ORDER |

This matter is before the court on the defendant, Sheri Ann Griego's Unopposed Motion to Continue Trial and Request for Hearing [60]. The court has been advised that the co-defendant does not object to the continuance. On the basis of the statements set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance without the necessity of a hearing. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial and Request for Hearing [60] is granted, in part as follows:

1. The jury trial, **as to both defendants**, now set for September 27, 2022, is continued to **November 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:** September 14, 2022

                                                  **BY THE COURT:**

                                                  s/ Michael D. Nelson
                                                  **United States Magistrate Judge**