IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>                          Plaintiff,   )<br>                                                      )<br>          vs.                                         )<br>                                                      )<br>SHERI ANN GRIEGO,                     )<br>                                                      )<br>                          Defendant.  )<br>                                                      ) | 8:21CR306<br><br>ORDER |

This matter is before the court on defendant, Sheri Ann Griego's Unopposed Motion to Continue Trial [72]. After review of the motion and a telephone conference with counsel for the parties, the undersigned magistrate judge finds good cause for a final continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [72] is granted as follows:

1. The jury trial now set for March 28, 2023, is continued to **May 30, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 30, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without requesting a hearing before the undersigned magistrate judge.**

**DATED: March 14, 2023**

                                                                                    BY THE COURT:

                                                                                    s/ Michael D. Nelson
                                                                                    United States Magistrate Judge