IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>SHERI ANN GRIEGO,<br><br>                    Defendant. | 8:21–CR–306<br><br>ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION TO REDUCE SENTENCE |

    This matter is before the Court on the defendant's *pro se* Motion to Reduce Sentence, Filing 127, and a Motion to Withdraw filed by the defendant's counsel, Filing 130. The Office of the Federal Public Defender was appointed to represent the defendant pursuant to General Order No. 2023-09. Filing 128. The purpose of this appointment was to determine whether the defendant qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 128 at 1. The defendant's counsel has moved to withdraw as counsel because "the Defendant already received the benefit of the Amendment 821 change to the status-points enhancement, therefore she is not eligible for a sentence reduction." Filing 130 at 1. The United States Probation Office also submitted a worksheet in this case which states that the defendant is not entitled to a reduction. Filing 131.

    The Court has conducted its own review of the defendant's *pro se* Motion along with other relevant matters in the record. The Court concludes that the defendant is not entitled to the requested sentencing relief. The defendant's *pro se* Motion is without merit and will be denied. The Court likewise concludes that the Motion to Withdraw should be granted for the reasons set forth in the Motion. Accordingly,

    IT IS ORDERED:

1. The Federal Public Defender's Motion to Withdraw, Filing 130, is granted; and

2. The defendant's *pro se* Motion to Reduce Sentence, Filing 127, is denied.

Dated this 11th day of March, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge